1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   MARILYN R. MORIARTY, SB# 89818
2    E-Mail: marilyn.moriarty@lewisbrisbois.com
   JONNA D. LOTHYAN, SB# 298650
3    E-Mail: jonna.lothyan@lewisbrisbois.com
   701 B Street, Suite 1900
4  San Diego, California 92101
   Telephone: 619.233.1006
5  Facsimile: 619.233.8627

6  Attorneys for Defendants RADY CHILDREN'S HOSPITAL and DR. SUSAN
   DUTHIE
7

8                  UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 ISABELLA C., GABRIELLA C.          CASE NO. 17-CV-0846 AJB (JLB)
   MINORS, BY AND THROUGH
11 CYNTHIA CHAVEZ THEIR LEGAL
   GUARDIAN, AZAEL CHAVEZ,           **NOTICE OF DEFENDANTS RADY
12                                    CHILDREN'S HOSPITAL'S AND
                Plaintiffs,           DR. SUSAN DUTHIE'S MOTION
13                                    FOR SANCTIONS PURSUANT TO
         vs.                          FEDERAL RULES OF CIVIL
14                                    PROCEDURE, RULE 11**
   RADY CHILDREN'S HOSPITAL,
15 DRs. YVETTE JOCKIN, DAMON
   LONDON, ANDREW SKALSKY,
16 CHARLES SAUER, SUSAN DUTHIE,       Hearing Date:    November 9, 2017
   RYAN SAUNDERS, DDA, DR.            Hearing Time:    2:00 p.m.
17 NABIL FATAYERJI AND DOES 1         Courtroom:       4A
   THROUGH 100,                       Judge:           Anthony J. Battaglia
18
                Defendants.           Action Filed:    June 9, 2017
19                                    Trial Date:      None Set

20

21 **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

22        PLEASE TAKE NOTICE that Defendants' Rady Children's Hospital and Dr.

23 Susan Duthie's ("Defendants") Motion for Sanctions Pursuant to Federal Rules of

24 Civil Procedure Rule 11 will be heard on November 9, 2017 at 2:00 p.m. with the

25 above entitled Court in front of the Honorable Anthony J. Battaglia.

26        Defendants move for sanctions on the following grounds:

27        1.    Plaintiffs' action is frivolous and not brought for any proper purpose,

28 other than to continue to harass Defendants.

4815-4646-2015.1                            1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2.      Plaintiffs' action is the result of forum shopping.

3.      Plaintiffs' claims are not warranted by existing law because they are barred by *Heck* as an impermissible collateral attack on plaintiff, Azael Chavez's criminal conviction.

4.      Plaintiffs' first, second, third and fourth claims are not warranted by existing law because they are barred by collateral estoppel.

5.      Plaintiff's fifth claim is not warranted by existing law because it is barred by the Rooker-Feldman doctrine.

The Motion will be based on this Notice of Motion, the accompanying Memorandum of Point and Authorities, the Declaration of Jonna D. Lothyan, the previously filed Motion to Dismiss, and such other matters as may be presented at or before the hearing of the motion.

This Motion is made following correspondence sent to plaintiff's counsel on August 25, 2017 advising him that Defendants would be seeking sanctions accompanied by the memorandum of points and authorities and supporting declaration.

DATED: September 19, 2017    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/Jonna D. Lothyan
        Marilyn R. Moriarty
        Jonna D. Lothyan
        Attorneys for Defendants RADY
        CHILDREN'S HOSPITAL and DR. SUSAN
        DUTHIE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## CALIFORNIA FEDERAL COURT PROOF OF SERVICE

*Isabella C, v. Rady Children Hospital, et al.*

United States District Court of California,

Southern District  Case No. 17-cv-0846 AJB (JLB)

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 701 B Street, Suite 1900, San Diego, CA 92101.

On September 19, 2017, I served the following document(s):

**NOTICE OF DEFENDANTS RADY CHILDREN'S HOSPITAL'S AND DR. SUSAN DUTHIE'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Genaro Lara, Esq.
Genaro Lara, Attorney At Law
550 West Vista Way, Suite 106
Vista, CA  92083
(760)809-4942

*Attorney for Plaintiffs*

Matthew R. Souther, Esq.
Neil, Dymott, Frank, McFall,
Trexler, McCabe & Hudson  APLC
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
Phone: (619) 238-1712
Fax: (619) 238-1562

*Attorneys for Defendants Brian Williams, M.D., Nicholas Saenz, M.D., Kamala Vaidya, M.D. Yu-Tsen Cheng, M.D. and Premi Suresh. M.D.*

The documents were served by the following means:

☒    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 19, 2017, at San Diego, California.

Jennifer Cannone

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW