**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARILYN R. MORIARTY, SB# 89818
  E-Mail: marilyn.moriarty@lewisbrisbois.com
JONNA D. LOTHYAN, SB# 298650
  E-Mail: jonna.lothyan@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants RADY CHILDREN'S HOSPITAL and DR. SUSAN DUTHIE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA C., GABRIELLA C. MINORS, BY AND THROUGH CYNTHIA CHAVEZ THEIR LEGAL GUARDIAN, AZAEL CHAVEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>RADY CHILDREN'S HOSPITAL, DRs. YVETTE JOCKIN, DAMON LONDON, ANDREW SKALSKY, CHARLES SAUER, SUSAN DUTHIE, RYAN SAUNDERS, DDA, DR. NABIL FATAYERJI AND DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO. 17-CV-0846 AJB (JLB)<br><br>**DECLARATION OF JONNA LOTHYAN IN SUPPORT OF DEFENDANTS RADY CHILDREN'S HOSPITAL AND DR. SUSAN DUTHIE'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11**<br><br>Hearing Date:   November 9, 2017<br>Hearing Time:    2:00 p.m.<br>Courtroom:       4A<br>Judge:           Anthony J. Battaglia<br><br>Action Filed:  June 9, 2017<br>Trial Date:    None Set |

I, Jonna D. Lothyan declare:

1.   I am an attorney licensed to practice law before all courts of the State of California.  I am an associate of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant Rady Children's Hospital ("Rady"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to them under oath.

2.    Azael Chavez was charged with and convicted of two counts of felony child abuse of Isabella C. and Gabriella C.

4815-4646-2015.1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS RADY CHILDREN'S HOSPITAL'S AND DR. SUSAN DUTHIE'S MOTION TO DISMISS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

3.    Pursuant to the criminal action, Genaro Lara, Mr. Chavez's attorney, issued subpoenas to Rady requesting medical records of Gabriella C. and Isabella C., as well as other documents.  In response, Rady sent letters to Mr. Lara advising him that the medical records were sent to the court, providing information concerning some of the documents Mr. Lara requested and the declarations from the custodian of records.

4.    On April 24, 2015, Mr. Lara filed a civil complaint against Rady on April 24, 2015, in the San Diego Superior Court under case number 37-2015-00013719-CL-MC-NC on behalf of Mr. Chavez to compel disclosure of medical records. Attached hereto as Exhibit "A" is a true and correct copy of the complaint.

5.    After Mr. Lara filed the civil action, I informed Mr. Lara on several occasions that all of the medical records for Isabella C. and Gabriella C. had been produced to the court pursuant to a protective order. Mr. Lara received the medical records from the district attorney. However, Mr. Lara refused to dismiss the action against Rady. Therefore, I served Mr. Lara with a motion for sanctions pursuant to Code of Civil Procedure section 128.7.  After the 21 day safe harbor period provided under section 128.7 expired and after Rady filed the motion for sanctions, Mr. Lara dismissed the action against Rady.

6.    After the criminal trial had concluded and Mr. Chavez was convicted of felony child abuse, Mr. Lara, for a second time, sued Rady in connection with the underlying criminal action against Azael Chavez for felony child abuse. Indeed, Mr. Lara sued Rady in this second action for acts arising from its absolutely privileged conduct as a mandated reporter of child abuse, which resulted in the criminal investigation and conviction of Azael Chavez.

7.    On December 28, 2016, after being served with the First Amended Complaint in state court, but prior to drafting or filing any motions challenging the action, I sent a detailed meet and confer email to Mr. Lara outlining the legal authority that barred the action and advised Mr. Lara that in addition to filing a

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS RADY CHILDREN'S HOSPITAL'S AND DR. SUSAN DUTHIE'S MOTION TO DISMISS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  demurrer and motion to strike punitive damages, Rady would be moving to strike the

2  complaint pursuant to section 425.16. I advised Mr. Lara that section 425.16 entitled

3  Rady to its attorney's fees.

4        8.     Mr. Lara refused to dismiss the action against Rady, or even to dismiss

5  the punitive damages allegations against Rady, despite the clear legal authority

6  provided to Mr. Lara that the entire action was barred by Rady's absolute privilege as

7  a mandated reporter of child abuse. Thus, Rady filed its demurrer, motion to strike

8  punitive damages and special motion to strike pursuant to section 425.16. Mr. Lara

9  opposed all three motions, requiring Rady to file replies. The hearing on Rady's

10 motions was scheduled for March 24, 2017. However, on March 22, 2017, Mr. Lara

11 filed a request for dismissal of the action without prejudice. The court issued its

12 tentative ruling on March 23, 2017, granting Rady's anti-SLAPP motion. As a result

13 of Mr. Lara dismissing the action prior to the hearing, the state court lost jurisdiction

14 to enter its tentative ruling as the final order.

15       9.     Subsequently, Rady filed a Motion for Attorney's Fees Pursuant to

16 California Code of Civil Procedure sections 425.16 and 128.5.  The Court granted

17 Rady's Motion for Attorney's Fees.

18       10.    On August 10, 2017, my secretary sent a meet and confer letter to

19 plaintiffs' counsel, Mr. Lara, requesting he dismiss this federal action and informing

20 him of its intent to seek its legal fees incurred for defending against the action.

21 Attached hereto as Exhibit "B" is a true and correct copy of the letter sent to Mr. Lara.

22       11.    On August 24, 2017, I received a letter dated July 28, 2017 from Mr.

23 Lara stating his attempt to file another amended complaint regarding Rady's breach of

24 fiduciary duties. Attached hereto as Exhibit "C" is a true and correct copy of the letter

25 received from Mr. Lara.

26       12.    The   attorney's   fees   and   costs   sought   in   this   motion   were

27 contemporaneously submitted into a time records program kept by my law firm and I

28 have reviewed these detailed billings and determined the amount of fees incurred in

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  connection with the Motion for Sanctions and the amount of fees incurred in

2  connection with other motions and actions incurred in defending this action.  The bills

3  can be provided upon request of the court.

4      13.    Marilyn Moriarty, who is the partner representing Rady in the above case,

5  was admitted to practice law in the State of California in 1970, and is an Advocate

6  with the American Board of Trial Advocates and a Fellow with the American College

7  of Trial Lawyers.  Ms. Moriarty's hourly rate in this case is $195.00. The rate is

8  below market. It is the product of negotiations between Ms. Moriarty and Rady, in

9  which Ms. Moriarty charges Rady a discounted rate in exchange for a high volume of

10  business with less collection risk.

11      14.    Suzanne R. Pollack is an associate with Lewis Brisbois Bisgaard &

12  Smith, LLP. Ms. Pollack was admitted to practice law in the State of California in

13  2013. Ms. Pollack's hourly rate on this case is $175.00, which is also below market

14  rate pursuant to the negotiations between Ms. Moriarty and Rady.

15      15.    I am an associate with Lewis Brisbois Bisgaard & Smith, LLP. I was

16  admitted to practice law in the State of California in 2014. My hourly rate is also

17  $175.00 in this case.

18      16.    Also, as reflected in the time records, the total fees incurred by my office

19  related to other actions defending against this lawsuit, including filing a Motion to

20  Dismiss, total $4,103.50.  I anticipate an additional 12 hours will be spent drafting the

21  reply to the motion for sanctions and preparing for the hearing, for an additional

22  $2,100 in connection with other motions defending against this action.

23      17.    Suzanne Pollack spent a total of 13.7 hours on this motion at an hourly

24  rate of $175.00, for a total of $2,397.50. I spent an additional 4 hours finalizing the

25  motion at an hourly rate of $175.00 for a total of $700.  I anticipate spending another

26  10 hours on the reply, preparing for and attending the hearing for an additional

27  $1,750. Thus, Rady anticipates it will incur $4,847.50 in connection with this motion.

28  ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-4646-2015.1

4

1    18.    Rady requests an award of its attorney's fees as sanctions against Mr.

2    Lara in the amount of $11,051.00.

3    19.    The time spent defending this action was reasonable given that the First

4    Amended Complaint alleged eight causes of action and required detailed legal

5    analysis.

6    I declare under penalty of perjury pursuant to the laws of the State of California

7    that the foregoing is true and correct.

8    Executed this 25th day of August, 2017 in San Diego, California.

9

10    */s/Jonna D. Lothyan*
       Jonna D. Lothyan

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-4646-2015.1

5

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS RADY CHILDREN'S HOSPITAL'S AND
DR. SUSAN DUTHIE'S MOTION TO DISMISS

# EXHIBIT "A"

1  Genaro Lara, Attorney at Law, SBN 145659
   550 West Vista Way, Suite 106
2  Vista, CA 92083

3  Tel: 760-8094942

4  Attorney for Azael Chavez, Plaintiff

5

6              SUPERIOR COURT, STATE OF CALIFORNIA

7        COUNTY OF SAN DIEGO, NORTH COUNTY JUDICIAL DISTRICT

8

9
   AZAEL CHAVEZ,                    )
10                                  )    Civil No.
   Plaintiff,                       )
11                                  )    FIRST CAUSE OF ACTION
   vs                              )
12                                  )
   RADY CHILDREN HOSPITAL,          )
13                                  )
   Defendant                        )    SUIT TO COMPEL DISCLOSURE
14                                  )    OF MINORS' MEDICAL RECORDS
                                    )
15                                  )    Cal. Evidence Code 1158
                                    )
16
   Azael Chavez, by and through counsel, for his first cause of action alleges:
17
   1. Azael Chavez is a resident of the City of Escondido, California.
18
   2. Azael Chavez and Caren Trejo procreated two infants who were born six weeks prematurely
19
   on February 20, 2014, and were named Gabriella and Isabella.
20
   3. Rady Children Hospital is a medical institution located at 3020 Children Way, San Diego,
21
   92125, which specializes in providing medical services to children.
22
   4. Rady Children Hospital employs hundreds of medical doctors, nurses and medical
23
   technicians.
24
   5. Gabriella Chavez was born with a congenital condition known as Gastroschisis, and Impetigo,
25
   and required medical operations at the hospital in order to have her intestines inside her body
26
   cavity.
27
   5. On October 7, 2014, the infant twins were admitted to Rady Children's Hospital for
28

1   examination and underwent miscellaneous medical procedures and were released on November

2   13, 2014.

3   6. On April 1, 2015, the undersigned, Genaro Lara, served written demand for the production of

4   medical records or an opportunity to copy medical records of the children of Azael Chavez,

5   together with a signed medical release of medical records of Gabriella and Isabella by Azael

6   Chavez, to Rady Children Hospital at the business office at 2030 Children Way, San Diego,

7   92123. Exhibit A, incorporated by reference to this complaint is attached to this complaint.

8   7. On April 9, at around 11 a.m., Plaintiff's counsel appeared at Rady Children Hospital to either

9   receive copies of the medical records or to have access to the records to make copies from them.

10  8. Rady Children Hospital, through an employee called from medical records department and

11  informed that the records would not be produced pursuant to the demand made on April 1,2015.

12  9. A spokesperson from Rady Children Hospital informed Plaintiff's counsel on April 9, 2015,

13  that the medical records had been mailed to the courthouse in Vista, California, where plaintiff is

14  charged with criminal offenses alleging physical abuse of the minors.

15  10. On April 17, 2015, Plaintiff's counsel received from the District Attorneys Office of San

16  Diego, some of the items demanded from Rady Children Hospital on the demand letter of April

17  1,2015. The following items described in Plaintiff's list on April 1, remain to be disclosed to

18  Plaintiff:

19
    2, 3, 7, 8, 9, 10, 11, 12, 15, 16, 17, 18, and 19.
20
21  11. Azael Chavez has had to retain the services of a private counsel to exercise his right

22  to the medical records of the minor children for private forensic analysis of medical treatment

    rendered. As the father of the minor children, he has the right to the medical records.
23
    WHEREFORE, Plaintiff for an order of this court,
24
25  compelling Rady Children Hospital to disclose medical information requested in the items listed

    above.
26
    For an order of court compelling defendant to pay Plaintiff's attorney's fees pursuant to
27

28                                                  2

1  Evidence Code 1158, and under the authority of

2  *Maher v. County of Alameda* (2014) 223 Cal. App. 4th 1340; and *Thornburg v. El Centro*

3  *Regional Medical Center* (2006) 143 Cal. 4th 198.

4

5  Respectfully Submitted,

6

7

8  Genaro Lara, for Azael Chavez

9

10  Dated: April

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  3

1  EXHIBIT A

4

Genaro Lara, Attorney at Law
550 West Vista Way, Suite 106
Vista, CA 92083

Release of Information

APR 0 1 2015

Tel: 760-8094942

March 31, 2015

H 188 7320

Rady Children's Hospital and Health Care Center
3020 Children's Way, MC 5052
San Diego, CA 92123

Re: Medical records of       1 and Gabriella Chavez, dob: Feb. 20, 2014

I have been authorized by Azael Chavez, the father of the above named children, to receive all medical records as described in the enclosed signed authorization,
mandated by California Evidence Code 1158. I am a private retained attorney for Azael Chavez and make this demand as authorized by California statute.
The medical records should include all records under the custody of the custodian of medical records at Rady Children's Hospital, for treatment of the named infants and should include all treatment of the mother from her earliest examination of the pregnancy which gave birth to the named children and continuing up to the date of this demand, April 1, 2015. I demand the right to inspect all records and to make copies by an authorized agent.

Evidence Code 1158 states that, "failure to make the records available during business hours, within five days after the presentation of the written authorization, may subject the person or entity having custody or control of the records to liability for all reasonable expenses, including attorney's fees, incurred in any proceedings to enforce this action."

The demand for the medical records does not preempt the previously requested made pursuant to the criminal subpoena served upon Rady Children's Hospital and treating physicians. The fifth day after the service of this demand is April 9, at 1:00 p.m., at which time I expect to be able to copy the documents requested. Please email me a reply whether you intend to comply or not, with the letter of the law at:
genarolara@aol.com.

I thank you in advance for the timely observance of this request pursuant to California Evidence Code 1158.

Respectfully,

Genaro Lara

AUTHORIZATION

I, Azael Chavez, father of _____ and Gabriella Chavez, born on February 20, 2014, by this authorization, personally signed by me, hereby authorize my attorney, Genaro Lara, to make a demand for the following medical records from Rady Children's Hospital, pursuant to California Code 1158:

1. The full names of all treating physicians who examined Gabriella and _____ Chavez from the date of their birth to March 32, 2015.
2. Complete name, business address(es) of all radiologists who performed any x rays, CAT scan,s Sonography, or MRI, of the named children
3. Curriculum vitae of the radiologists, and or neurologists who participated in any way in the procedures listed in number (2)
4. All medical reports of examination performed on the children between February 20, through March 31, 2015.
5. Copies of all images produced from the procedures listed in number 2, (above).
6. All radiological reports produced from all CT scans, X rays, MRI images, at any time between the dates stated in (4) above.
7. Copies of all documents signed by me, Azael Chavez, authorizing any MRI, CAT scan,s and or X rays.
8. Any recorded telephone calls, e mails, or text messages fro any employee, staff member, from Rady Children Hospital to Escondido Police Department Investigator on October 7, 2014.
9. Name of the pediatrician who authorized the production of any images from the infants without authorization from me, Azael Chavez, at any time ding the dates stated in number (4), above.
10. Copy of the advice given to Azael Chavez, about the dangers of developing brain cancer on the infants due to exposure to radiation.
11. Provide the medical procedures performed upon the named infants before they were subjected to radiation either by CAT scans, X rays, MRI, or any other form of radiation.
12. Copy of certification of the Board certified radiologist who performed CAT san, or X ray, including his or her curriculum vitae.
13. Copies of all skeletal surveys performed on the infants during the dates stated in (4) above.
14. Provide description of drugs prescribed to the infants subsequent to October 7, 2014, including the name of medical personnel who issued the prescription.
15. Sums paid to Rady Children Hospital for medical procedures performed on the infants for CT scans, X rays, MRI's or sonograms, by either the State of California, or by the federal government, include medical codes listed in the payments.
16. Copies of any and all employment contracts between Rady Children Hospital and any physicians, doctors, radiologists or neurologists.
17. Name of supervising physician on duty on October 7, 2014, between the hours of 8 a.m. and 5 p.m. who was in charge of the examination of the infants.
18. Copy of the CAT scan log produced on October 7, 2014.
19. Copies of protois of understanding between Rady Children Hospital and Escondido Police Department regarding the interviews of parents for the purpose of carrying out criminal investigations.


X _Azael Chavez_

Azael Chavez,
Dated: March 31, 2015

Genaro Lara, Attorney at Law
550 West Vista Way, Suite 106
Vista, CA 92083

Release of Information

APR 0 1 2015

Tel: 760-8094942

March 31, 2015

Rady Children's Hospital and Health Care Center
3020 Children's Way, MC 5052
San Diego, CA 92123

H 1887321

Re: Medical records of Isabella and . . ........ Chavez, dob: Feb. 20, 2014

I have been authorized by Azael Chavez, the father of the above named children, to receive all medical records as described in the enclosed signed authorization,
mandated by California Evidence Code 1158. I am a private retained attorney for Azael Chavez and make this demand as authorized by California statute.
The medical records should include all records under the custody of the custodian of medical records at Rady Children's Hospital, for treatment of the named infants and should include all treatment of the mother from her earliest examination of the pregnancy which gave birth to the named children and continuing up to the date of this demand, April 1, 2015. I demand the right to inspect all records and to make copies by an authorized agent.

Evidence Code 1158 states that, "failure to make the records available during business hours, within five days after the presentation of the written authorization, may subject the person or entity having custody or control of the records to liability for all reasonable expenses, including attorney's fees, incurred in any proceedings to enforce this action."

The demand for the medical records does not preempt the previously requested made pursuant to the criminal subpoena served upon Rady Children's Hospital and treating physicians. The fifth day after the service of this demand is April 9, at 1:00 p.m., at which time I expect to be able to copy the documents requested. Please email me a reply whether you intend to comply or not, with the letter of the law at: genarolara@aol.com.

I thank you fin advance for the timely observance of this request pursuant to California Evidence Code 1158.

Respectfully,

*Genaro Lara*

Genaro Lara

AUTHORIZATION

I, Azael Chavez, father of Isabella and _____ Chavez, born on February 20, 2014, by this authorization, personally signed by me, hereby authorize my attorney, Genaro Lara, to make a demand for the following medical records from Rady Children's Hospital, pursuant to California Code 1158:

1. The full names of all treating physicians who examined _____ and Isabella Chavez from the date of their birth to March 32, 2015.
2. Complete name, business address(es) of all radiologists who performed any x rays, CAT scan,s Sonography, or MRI, of the named children
3. Curriculum vitae of the radiologists, and or neurologists who participated in any way in the procedures listed in number (2)
4. All medical reports of examination performed on the children between February 20, through March 31, 2015.
5. Copies of all images produced from the procedures listed in number 2, (above).
6. All radiological reports produced from all CT scans, X rays, MRI images, at any time between the dates stated in (4) above.
7. Copies of all documents signed by me, Azael Chavez, authorizing any MRI, CAT scan,s and or X rays.
8. Any recorded telephone calls, e mails, or text messages fro any employee, staff member, from Rady Children Hospital to Escondido Police Department investigator on October 7, 2014.
9. Name of the pediatrician who authorized the production of any images from the infants without authorization from me, Azael Chavez, at any time ding the dates stated in number (4), above.
10. Copy of the advice given to Azael Chavez, about the dangers of developing brain cancer on the infants due to exposure to radiation.
11. Provide the medical procedures performed upon the named infants before they were subjected to radiation either by CAT scans, X rays, MRI, or any other form of radiation.
12. Copy of certification of the Board certified radiologist who performed CAT san, or X ray, including his or her curriculum vitae.
13. Copies of all skeletal surveys performed on the infants during the dates stated in (4) above.
14. Provide description of drugs prescribed to the infants subsequent to October 7, 2014, including the name of medical personnel who issued the prescription.
15. Sums paid to Rady Children Hospital for medical procedures performed on the infants for CT scans, X rays, MRI's or sonograms, by either the State of California, or by the federal government, include medical codes listed in the payments.
16. Copies of any and all employment contracts between Rady Children Hospital and any physicians, doctors, radiologists or neurologists.
17. Name of supervising physician on duty on October 7, 2014, between the hours of 8 a.m. and 5 p.m. who was in charge of the examination of the infants.
18. Copy of the CAT scan log produced on October 7, 2014.
19. Copies of protools of understanding between Rady Children Hospital and Escondido Police Department regarding the interviews of parents for the purpose of carrying out criminal investigations.

X _Azael Chavez_____

Azael Chavez
Dated: March 31, 2015

**EXHIBIT "B"**



LEWIS BRISBOIS BISGAARD & SMITH LLP

Jonna D. Lothyan
701 B Street, Suite 1900
San Diego, California 92101
Jonna.Lothyan@lewisbrisbois.com
Direct: 619.699.4914

August 10, 2017

File No. 30082.139

**VIA EMAIL AND U.S. MAIL**

Genaro Lara
550 West Vista Way, Suite 106
Vista, CA 92083

     **Re:**   **Chavez, et al. v. Rady Children's Hospital**

Dear Mr. Lara:

     We are in receipt of your notice of appeal from the judgment for sanctions. Please be advised Rady Children's Hospital is entitled to enforce and collect on the judgment, unless an appellate bond in the amount of 1.5 times the amount of the judgment is filed.

     We are also in receipt of the first amended complaint filed in the United States District Court on June 9, 2017. Please be advised Rady and Dr. Duthie will move for a special motion to strike and to dismiss the first amended complaint because the allegations arise out of defendants' protected activity of reporting suspecting child abuse. Rady and Dr. Duthie will also seek sanctions and attorney's fees in bringing the anti-SLAPP motion and motion to dismiss. Thus, please dismiss the federal action by August 11, 2017 to avoid further attorney's fees and sanctions.

                          Very truly yours,

                          Jonna D. Lothyan for
                          LEWIS BRISBOIS BISGAARD & SMITH LLP

ARIZONA · CALIFORNIA · COLORADO · CONNECTICUT · FLORIDA · GEORGIA · ILLINOIS · INDIANA · KANSAS · KENTUCKY
LOUISIANA · MARYLAND · MASSACHUSETTS · MISSOURI · NEVADA · NEW JERSEY · NEW MEXICO · NEW YORK
NORTH CAROLINA · OHIO · OREGON · PENNSYLVANIA · RHODE ISLAND · TEXAS · WASHINGTON · WEST VIRGINIA
4844-6943-6236.1

**EXHIBIT "C"**

**Genaro Lara,**
550 West Vista Way, Suite 106
Vista, CA 92083

Tel: 760-809-4942          genarolara@aol.com  .  .  July 28, 2017

Jonna Lothyann, Attorney at Law
701 B Street, Suite 1900
San Diego, CA 92101

Re: Board of Directors, or Board of Trustees of Rady Children
Hospital, Chavez v Rady Children's et al, case No. 17 cv 0846-AJB (JLB)

Dear Attorney Lothyann:

This is a meet and confer action requesting your professional
cooperation so that the pending action can proceed in due course.
Please provide me at your earliest convenience the names and titles of
the board officers responsible for Rady Children's Hospital
management and operations during the year 2015, and 2016. I intend to
file an amended complaint for their dereliction of duties in the handling
of the Chavez matter. I would also ask that you provide me with by laws
and transcript of meetings, if any wherein fiduciary duties related to the
case of Chavez were ever discussed and decided upon. Please indicate
whether Rady opposes or agrees any third amended action. This will
assist me in designing appropriate pleadings to resolve the pending
issues. I thank you in advance your cordial and professional response.
My legal research on the issues raised by the operation of non- profit
hospitals and other charitable organizations has disclosed meritorious
issues which support the prematurely born infants claims for damages.,
including medical abuse and fraud perpetrated by Health organizations
and professionals. Please include full names, position held advise me
whether your would accept service of summons and third amended
complaint on their behalf.


Sincerely,

Genaro Lara

1

RECEIVED
AUG 24 2017

# CALIFORNIA FEDERAL COURT PROOF OF SERVICE

*Isabella C, v. Rady Children Hospital, et al.*

United States District Court of California,

Southern District  Case No. 17-cv-0846 AJB (JLB)

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 701 B Street, Suite 1900, San Diego, CA 92101.

On August 25, 2017, I served the following document(s):

**DECLARATION OF JONNA LOTHYAN IN SUPPORT OF DEFENDANT RADY CHILDREN'S HOSPITAL AND DR. SUSAN DUTHIE'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Genaro Lara, Esq.
Genaro Lara, Attorney At Law
550 West Vista Way, Suite 106
Vista, CA  92083
(760)809-4942

*Attorney for Plaintiffs*

The documents were served by the following means:

☒ (BY OVERNIGHT DELIVERY)  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 25, 2017, at San Diego, California.

_____
Jennifer Cannone

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## CALIFORNIA FEDERAL COURT PROOF OF SERVICE

*Isabella C, v. Rady Children Hospital, et al.*

United States District Court of California,

Southern District  Case No. 17-cv-0846 AJB (JLB)

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 701 B Street, Suite 1900, San Diego, CA 92101.

On September 19, 2017, I served the following document(s):

**DECLARATION OF JONNA LOTHYAN IN SUPPORT OF DEFENDANTS RADY CHILDREN'S HOSPITAL'S AND DR. SUSAN DUTHIE'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Genaro Lara, Esq.
Genaro Lara, Attorney At Law
550 West Vista Way, Suite 106
Vista, CA  92083
(760)809-4942

*Attorney for Plaintiffs*

Matthew R. Souther, Esq.
Neil, Dymott, Frank, McFall,
Trexler, McCabe & Hudson  APLC
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
Phone: (619) 238-1712
Fax: (619) 238-1562

*Attorneys for Defendants Brian Williams, M.D., Nicholas Saenz, M.D., Kamala Vaidya, M.D. Yu-Tsen Cheng, M.D. and Premi Suresh. M.D.*

The documents were served by the following means:

☒    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 19, 2017, at San Diego, California.

Jennifer Cannone

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW